**Order filed September 9, 2014**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-13-00995-CV

_____

### JOHN TERMEER, Appellant

### V.

### RAMON MARTINEZ AND WENONA MARTINEZ, Appellees

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-00604**

## O R D E R

Appellant's brief was due August 22, 2014. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **October 9, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM